864

No. 82–1986. WASHINGTON COUNTY HOSPITAL ASSN., INC. v. MORRISON, ADMINISTRATRIX OF THE ESTATE OF MORRISON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–2156. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY v. SILVERSTEIN. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–175. CATHOLIC HOME BUREAU v. DOE. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1836. KEENE CORP. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 82–1890. CINCINNATI CITY SCHOOL DISTRICT BOARD OF EDUCATION ET AL. v. RONCKER, ON BEHALF OF RONCKER. C. A. 6th Cir. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–2034. ASTILLEROS ESPANOLES, S.A. v. STANDARD OIL CO. (INDIANA) ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 82–2051. GIDDINGS & LEWIS MACHINE TOOL CO. v. POLLAK, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Motion of respondents John and Patricia Trapanese for damages denied. Certiorari denied.

No. 82–2053. SINGLETON v. VIRGINIA ELECTRIC & POWER CO. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.